**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST, *on Behalf of Themselves and All Others Similarly Situated*, | Civil Action No. 09-CV-833 (JSR) |
| Plaintiffs, | |
| v. | **ECF CASE** |
| Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Thomas Neary, Douglas K. Johnson, Goldman, Sachs & Co., Morgan Stanley & Co., Inc., JPMorgan Chase, Inc., *as successor-in-interest to* Bear, Stearns & Co., Inc., HSBC Securities (USA), Inc., Credit Suisse Securities (USA), LLC, Deutsche Bank Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Greenwich Capital Markets, Inc., Barclays Capital, Inc., Banc of America Securities, LLC, Bank of America Corporation *as successor-in-interest to* Merrill Lynch, Pierce, Fenner & Smith, Inc., Countrywide Securities Corporation, Bank of America Corporation *as successor-in-interest to* Countrywide Securities Corporation, Moody's Investor Services, Inc., The McGraw-Hill Companies and Fitch Ratings, Inc., | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

**PLEASE TAKE NOTICE** that, no answer or responsive motion having been served in the above-captioned proceeding, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses ***without prejudice*** all claims and causes in this action against all parties set forth in the caption herein.

Dated:    New York, New York
          April 6, 2009

                           **SCHOENGOLD SPORN LAITMAN &
                               LOMETTI, P.C.**


                           By:  _____/s/ Christopher Lometti_____
                               Joel P. Laitman (jplaitman@aol.com)
                               Christopher Lometti (chris@spornlaw.com)
                               Daniel B. Rehns (daniel@spornlaw.com)
                               19 Fulton Street, Suite 406
                               New York, New York 10038
                               Telephone:    (212) 964-0046
                               Facsimile:    (212) 267-8137

                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Daniel B. Rehns, counsel for the Plaintiff, hereby certify that on April 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of much filing to all counsel of record.

/s/ Daniel B. Rehns
Daniel B. Rehns